**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | Case No. 1:06-cr-066-4 |
| Anne Louise Hummel, | ) | |
| | ) | |
| Defendant. | ) | |

On September 8, 2006, Defendant Anne Hummel appeared for her initial appearance and arraignment. Appearing on behalf of the United States was Attorney Paul Emerson. Appearing for Defendant Hummel was her court-appointed counsel, attorney Brenda Neubauer.

Prior to her initial appearance, DefendantHummel was incarcerated by the State of North Dakota at the Dakota Women's Correctional Center in New England, North Dakota. After the indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Defendant Hummel's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

During the hearing, Defendant Hummel's rights under the IADA to continued federal custody until the charges set forth in the indictment are adjudicated were explained to her. Defendant Hummel knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA and stipulated to her continued housing by the State of North Dakota (the "sending state" under the IADA) at the Dakota Women's Correctional Center pending trial of the

charges on set forth the indictment by the United States (the "receiving state" under the IADA). The United States concurred in this stipulation.

Based on the foregoing stipulation of Defendant Hummel and the United States and Defendant Hummel's wavier of the anti-shuttling provisions of the IADA, **IT IS HEREBY ORDERED** that defendant be housed in the "sending state" under the IADA, at the Dakota Women's Correctional Center pending trial of this matter or until further order of the court. Further, pursuant to Defendant Hummel's waiver and stipulation, the return of Defendant Hummel to her place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 8st day of September, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge